# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JERAL DURANT HENDERSON, | § |
| | § |
| v. | §   CIVIL ACTION NO. 3:23-CV-20-S-BN |
| | § |
| PUBLIC STORAGE, INC. | § |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. Therefore, it is **ORDERED, ADJUDGED**, and **DECREED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**SO ORDERED**.

SIGNED March 3, 2023.

_____
**UNITED STATES DISTRICT JUDGE**